**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX, VIRGIN ISLANDS**

In Re:

| | | |
|---|---|---|
| **COSMONOGY II, INC.** | : | **Bankruptcy No. <u>1-22-10001-MFW</u>** |
| | : | |
| **Alleged Debtor** | : | **Involuntary Chapter <u>7</u>** |
| | : | |
| **GLENCORE LTD** | : | |
| | : | |
| **Petitioning Creditor** | : | |
| | : | |
| | : | |
| **GLENCORE LTD** | : | **Adversary Pro. No. <u>1-22-1001-MFW</u>** |
| | : | |
| **Plaintiff** | : | |
| | : | **Hearing Date and Time: 12/15/22** |
| **v.** | : | **@ 2:00 P.M. AST** |
| | : | |
| **MILTON BURT** | : | |
| | : | |
| **Defendant** | | |

## <u>ORDER SCHEDULING STATUS CONFERENCE HEARING</u>

**And Now,** to-wit, this <u>30th</u> day of <u>**November**</u>, **2022,**

**IT IS HEREBY ORDERED** that a Status Conference in the above referenced bankruptcy and adversary proceedings is scheduled for hearing on <u>**December 15, 2022 @ 1:00 P.M. (EST)/2:00 P.M. (AST)**</u> via video conference, to consider the status of the case and related matters which may be brought to the attention of the Court.

Any party wishing to appear via video conference must register using the following link no later than 12:00 p.m., (EST)/1:00 p.m. (AST), one business day prior to the hearing.

<u>https://debuscourts.zoomgov.com/meeting/register/vJItc-mvrDIqH1RVeZcg4PJPzXdVpzEMyQ8</u>

**Mary F. Walrath**
**U. S.  Bankruptcy Judge**