**DISTRICT OF THE VIRGIN ISLANDS**
**ST. THOMAS & ST. JOHN, VIRGIN ISLANDS**
**PROCEEDING MEMO**

| | |
|---|---|
| **DATE:** | Thursday, May 25, 2023 |
| **IN RE:** | Cosmogony II, Inc. |
| **CONVENED:** | 2:04 PM AST |
| **CASE NO.** | 1:22-bk-10001 |
| **BEFORE:** | Honorable Mary F. Walrath |
| **COURTROOM DEPUTY:** | Kimberley Willett |
| **COURT REPORTER:** | Zoom |

**APPEARANCES:**

*See attached*

**NATURE OF PROCEEDING:**

*Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Directing Appearance for Oral Examination and Production of Documents and Materials (DE # 99)*

**JUDGE'S NOTES:**

Order entered

Dated: **May 25, 2023**

**Mary F. Walrath**
U.S. Bankruptcy Judge

**TIME ADJOURNED: 2:17 PM**