**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX, VIRGIN ISLANDS**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **COSMOGONY II, INC.** | : | Bankruptcy No. <u>122-10001-MFW</u> |
| | : | |
| **Debtor** | : | Chapter <u>7</u> |
| | : | |
| | : | Hearing Date and Time: 3/18/25 |
| | : | @10:00 A.M. AST |

# ORDER SCHEDULING STATUS CONFERENCE

**AND NOW**, this **<u>28th</u>** day of **<u>February</u>**, **2025**, it is **ORDERED** that a status conference in the above-referenced case is scheduled for **March 18, 2025, at 10:00 a.m. (AST)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, via video conference.

**It is FURTHER ORDERED** that counsel shall immediately serve a copy of this Order to all parties in interest that do not receive electronic notification and file a **<u>Certificate of Service</u>** within **5 days** of the date of this order.

*[Signature]*

Mary F. Walrath
U. S. Bankruptcy Judge

**cm: Douglas Capdeville, Esq.**