DISTRICT OF THE VIRGIN ISLANDS
ST. THOMAS & ST. JOHN, VIRGIN ISLANDS
PROCEEDING MEMO

| | |
|---|---|
| **DATE:** | Tuesday, March 18, 2025 |
| **IN RE:** | Cosmogony II, Inc. and Cosmogony II, Inc. |
| **CONVENED:** | 10:00 AM AST |
| **CASE NO.** | 1:22-bk-10001 |
| **BEFORE:** | Honorable Mary F. Walrath |
| **COURTROOM DEPUTY:** | Kimberley Willett |
| **COURT REPORTER:** | FTR System/TEAMS |

**APPEARANCES:**
Jacques Semmelman
Kevin D'Amour, Trustee
Russel Pate

**NATURE OF PROCEEDING:**
Status Conference #139

**JUDGE'S NOTES:**

**TRUSTEE D'AMOUR**
On 8/29/23 you entered an order granting stay relief to Pate's clients
Since that time Pate has tried to move the case through the territorial courts
    Trying to get assignment of the ins proceeds from the Trustee to do that

Trustee is willing to do that so long as Trustee gets 15% of any proceeds realized for estate costs and distribution

If Pate is not successful will be a no asset case, and will close it but don't know how long this will take

**PATE**
    Once we get the assignment, will have standing to bring the case and try to move
    Until get that the ins cos would not talk to us

    The Staff Master in the territorial court is waiting for the assignment to be ordered by this Court and then maybe we can discuss settling it

    No issue for us to give the Trustee a %, for work they have done

    Can't guarantee a recovery but think we can; we have it on a contingent fee so think can win

**JUDGE**
    Can you file the assignment shortly?

**TE**
    w/in 10 days

**SEMMELMAN FOR GLENMORE**
    We have a claim here too

    All the ins proceeds should go into the court and be distributed by the B court consistent w this court's 10/29/23 order,

**PATE**
    We have no obj to that, all recovery proceeds can be deposited into the court
    But the ins we are going against are general liab ins policies, meant to go to those injured at the plant so will be a dispute between my clients and Glenmore
    Happy to have the Bankruptcy Court decide if the policy is an indemnity policy and whether it goes to pls or all creditors

**TE**
    We agree to that

**JU**
    Okay, I ask the parties to present an agreed form of order under certification of counsel and I will enter it.

**Dated: March 18, 2025**
**TIME ADJOURNED:  10:11 am**

                                            Mary F. Walrath
                                            U.S. Bankruptcy Judge