# Transcript/CD Order Form

*Please fill out all spaces completely and return via Email or fax to:*
**U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE**
**824 MARKET STREET, WILMINGTON, DE 19801**
Email: DEBML_TRANSCRIPTS_REQUESTS@DEB.USCOURTS.GOV
FAX # 302-573-6654

**FOR COURT USE ONLY**
DUE DATE:

| 1. NAME | 2. FIRM NAME & PHONE NUMBER | 3. DATE |
|---|---|---|
| Douglas L. Capdeville | Law Offices of Douglas L. Capdeville | 03/19/2025 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE & ZIP CODE |
|---|---|---|
| 2107 Company Street, Suite 2 | Christiansted | VI, 00820 |

| 7. CASE NAME & NUMBER | 8. NAME OF JUDGE | 9. LOCATION OF PROCEEDINGS |
|---|---|---|
| 1:22-bk-10001 | Mary F. Walrath | TEAMS |

**10. DATE AND TIME OF HEARING:** 3/18/2025 10:00

**SELECT THE TYPE OF DELIVERY BELOW**

| CD | | TRANSCRIPT (select format) | |
|---|---|---|---|
| *see note below ☐ | Hard Copy Only ☐ | Hard Copy and E-Mail ✔ | |

Email Address: videfense@capdevillelaw.com

**11. PLACE ORDER BELOW**

| CATEGORY | ORIGINAL (Includes One Free Copy for the Court) | ONE COPY | EACH ADDITIONAL COPY | |
|---|---|---|---|---|
| ORDINARY (30 Days) | | | | *IMPORTANT NOTE FOR THOSE ORDERING CDs WHO USE A WINDOWS 2000 OPERATING SYSTEM: The CD Reader Patch must be downloaded and installed in order to play a CD. To download this patch, go to www.deb.uscourts.gov, click "Chambers", then click "Transcript Information" |
| EXPEDITED (5-7 Days) | | X | | |
| 14 DAY | | | | |

CERTIFICATION (13 & 14) By signing below, I certify that I will pay all charges due for this order.

12. SIGNATURE: *(signed)*    13. DATE: 03/19/2025

**FOR COURT USE ONLY**

| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

*revised : April 16, 2008*