# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF THE VIRGIN ISLANDS
# ST. CROIX, VIRGIN ISLANDS

| | |
|---|---|
| IN RE COSMOGONY II, INC., <br><br> Involuntary Debtor. | Case No. 1:22-bk-10001-MFW <br><br> Involuntary Chapter 7 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING TRUSTEE'S ASSIGNMENT OF INSURANCE POLICIES

Kevin D'Amour, the chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee"), clients of Burns Charest LLP (collectively, the "BC Litigants") and Glencore Ltd. ("Glencore" and together with Trustee and the BC Litigants, the "Stipulating Parties") have entered into an agreement (the "Stipulation") to permit the assignment of certain insurance policies, subject to and in accordance with the terms of the Stipulation.

Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") approving the Stipulation, which is attached to the Proposed Order as **Exhibit 1**.

WHEREFORE, the Trustee, on behalf of the Stipulating Parties, respectfully requests that the Court enter the Proposed Order approving and authorizing the Stipulation at its earliest convenience, without further notice or hearing.

*[remainder of page intentionally omitted]*

1

Dated: March 20, 2025

| | |
|---|---|
| Trustee:<br><br>**/s/ Kevin F. D'Amour, Esq.**<br>Kevin F. D'Amour, Esq.<br>*Barnes, D'Amour & Vogel*<br>P.O. Box 10829,<br>St. Thomas, VI 00801<br>kdamour@usvilawfirm.com<br>kevin.damour@comcast.net<br>Phone: 609-902-4370 | *Counsel for BC Litigants*<br><br>**/s/ J. Russell B. Pate, Esq**<br>THE PATE LAW FIRM<br>J. Russell B. Pate<br>P.O. Box 370<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00821-0370<br>pate@sunlawvi.com<br><br>BURNS CHAREST LLP<br>Warren T. Burns<br>Daniel H. Charest<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Tel: (469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>Korey A. Nelson<br>H. Rick Yelton<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Tel: (504) 799-2845<br>knelson@burnscharest.com<br>ryelton@burnscharest.com<br><br>PORTER HEDGES LLP<br>John F. Higgins<br>M. Shane Johnson<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-2764<br>Tel: (713) 226-6000<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com |
| *Counsel for Creditor Glencore Ltd.*<br>/s/ **Jacques Semmelman, Esq.**<br>KATTEN MUCHIN ROSENMAN LLP<br>Jacques Semmelman (V.I. Bar No. 2180)<br>Eliot Lauer<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Tel: (212) 940-6789<br>jacques.semmelman@katten.com<br>eliot.lauer@katten.com<br><br>LAW OFFICES OF<br>DOUGLAS L. CAPDEVILLE, P.C.<br>Douglas L. Capdeville (V.I. Bar No. 284)<br>2107 Company Street, Suite 2<br>Christiansted, St. Croix, VI 00822<br>Tel: (340) 773-7275<br>videfense@capdevillelaw.com | |

2

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF THE VIRGIN ISLANDS**
**ST. CROIX, VIRGIN ISLANDS**

| | |
|---|---|
| IN RE COSMOGONY II, INC., | Case No. 1:22-bk-10001-MFW |
| | Involuntary Chapter 7 |
| Involuntary Debtor. | |

### ORDER APPROVING TRUSTEE'S ASSIGNMENT OF INSURANCE POLICIES

Upon consideration of the *Stipulation Regarding Assignment of Insurance Policies* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, entered into by and among Kevin D'Amour, the chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee"), clients of Burns Charest LLP (collectively, the "BC Litigants") and Glencore Ltd. ("Glencore" and together with Trustee and the BC Litigants, the "Stipulating Parties"), and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Stipulation and the terms set forth therein are APPROVED and shall have the full force and effect of an order entered by this Court with respect thereto.

**ORDERED** that that this Court shall retain jurisdiction over the terms of the Stipulation and this Order.

## **EXHIBIT 1**

**Stipulation**

5

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF THE VIRGIN ISLANDS
ST. CROIX, VIRGIN ISLANDS**

| | |
|---|---|
| IN RE COSMOGONY II, INC., | Case No. 1:22-bk-10001-MFW |
| Involuntary Debtor. | Involuntary Chapter 7 |

**STIPULATION REGARDING ASSIGNMENT OF INSURANCE POLICIES**

Kevin D'Amour, the chapter 7 trustee in the above-captioned bankruptcy case (the "Trustee"), clients of Burns Charest LLP (collectively, the "BC Litigants") and Glencore Ltd. ("Glencore" and together with Trustee and the BC Litigants, the "Stipulating Parties") hereby stipulate and agree as follows:

1. Upon entry of a final, non-appealable order of the Bankruptcy Court approving this Stipulation, the Trustee shall assign to the BC Litigants[1] the following insurance policies from General Engineering Corporation (GEC) n/k/a Cosmogony II, Inc., provided by IMS Insurance Company of Puerto Rico, Inc. (formerly GAIPR) and Arrowpoint (formerly Royal & SunAlliance Insurance) as procured via Companion Assurance Insurance and Fred O'Brien Insurance Services:

    a. GLA-106528: September 30, 1984 to September 30, 1985

    b. GLA-107602: September 30, 1985 to September 30, 1986

    c. GLA-109864: September 30, 1986 to September 30, 1987

    d. GLA-111201: September 30, 1987 to September 30, 1988

    e. GLA-108454: September 30, 1988 to September 30, 1989

    f. GLA-108454: September 30, 1989 to September 30, 1990

---

[1] The BC Litigants are plaintiffs in the following actions: (a) *In re Alumina Toxic Dust Exposure Cases*, Master Case: SX-2022-MC-00027; and (b) *In re: Asbestos and Bauxite Dust Claims - Dual Workers*, Master Case: SX-2022-MC-00007.

6

      g. GLA-108454: September 30, 1990 to September 30, 1992

      h. GLA-108454: September 30, 1992 to September 30, 1994

2. The assignment is made without consideration to the bankruptcy estate, solely for the purpose of conferring standing on the assignees to enforce the obligations of the insurance carriers to the bankruptcy estate.

3. Any monetary recovery by settlement or judgment from the various insurance carriers or policies shall be deposited in the Bankruptcy Court's registry. A determination as to which interested parties or creditors shall receive distribution of the funds shall be determined at a future date, if there is any recovery.

*[remainder of page intentionally omitted]*

7

Dated: March 20, 2025

| | |
|---|---|
| Trustee:<br><br>*/s/ Kevin F. D'Amour, Esq.*<br>Kevin F. D'Amour, Esq.<br>*Barnes, D'Amour & Vogel*<br>P.O. Box 10829,<br>St. Thomas, VI 00801<br>kdamour@usvilawfirm.com<br>kevin.damour@comcast.net<br>Phone: 609-902-4370 | *Counsel for BC Litigants*<br><br>*/s/ J. Russell B. Pate, Esq.*<br>THE PATE LAW FIRM<br>J. Russell B. Pate<br>P.O. Box 370<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00821-0370<br>pate@sunlawvi.com<br><br>BURNS CHAREST LLP<br>Warren T. Burns<br>Daniel H. Charest<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Tel: (469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>Korey A. Nelson<br>H. Rick Yelton<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Tel: (504) 799-2845<br>knelson@burnscharest.com<br>ryelton@burnscharest.com<br><br>PORTER HEDGES LLP<br>John F. Higgins<br>M. Shane Johnson<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-2764<br>Tel: (713) 226-6000<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com |
| *Counsel for Creditor Glencore Ltd.*<br>*/s/ Jacques Semmelman, Esq.*<br>KATTEN MUCHIN ROSENMAN LLP<br>Jacques Semmelman (V.I. Bar No. 2180)<br>Eliot Lauer<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Tel: (212) 940-6789<br>jacques.semmelman@katten.com<br>eliot.lauer@katten.com<br><br>LAW OFFICES OF<br>DOUGLAS L. CAPDEVILLE, P.C.<br>Douglas L. Capdeville (V.I. Bar No. 284)<br>2107 Company Street, Suite 2<br>Christiansted, St. Croix, VI 00822<br>Tel: (340) 773-7275<br>videfense@capdevillelaw.com | |

8

9