# Transcript/CD Order Form

*Please fill out all spaces completely and return via Email or fax to:*
**U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE**
**824 MARKET STREET, WILMINGTON, DE 19801**
Email: DEBML_TRANSCRIPTS_REQUESTS@DEB.USCOURTS.GOV
FAX # 302-573-6654

*FOR COURT USE ONLY*
DUE DATE:

| 1. NAME | 2. FIRM NAME & PHONE NUMBER | 3. DATE |
|---|---|---|
| H. Rick Yelton | Burns Charest LLP; 504-930-4746 | 03/31/2025 |
| **4. MAILING ADDRESS** | **5. CITY** | **6. STATE & ZIP CODE** |
| 365 Canal Street, Suite 1170 | New Orlean | LA, 70130 |
| **7. CASE NAME & NUMBER** | **8. NAME OF JUDGE** | **9. LOCATION OF PROCEEDINGS** |
| In Re Cosmogony II, Inc., Involuntary Debtor, 1:22-BK-10001 | Mary F. Walrath | Teams |

**10. DATE AND TIME OF HEARING**: 3/18/2025 10:00

**SELECT THE TYPE OF DELIVERY BELOW**

| CD | | TRANSCRIPT (select format) |
|---|---|---|
| *see note below ☐ | Hard Copy Only ☐ | Hard Copy and E-Mail ✔ |

Email Address:

**11. PLACE ORDER BELOW**

| CATEGORY (please see the document entitled "Transcript Costs" which is posted in the Forms and Documents section of the Court's website for information on costs and descriptions of the categories.) | ORIGINAL (Includes One Free Copy for the Court) | ONE COPY | EACH ADDITIONAL COPY | *IMPORTANT NOTE FOR THOSE ORDERING CDs WHO USE A WINDOWS 2000 OPERATING SYSTEM: The CD Reader Patch must be downloaded and installed in order to play a CD. To download this patch, go to www.deb.uscourts.gov, click "Chambers", then click "Transcript Information" |
|---|---|---|---|---|
| **ORDINARY (30 Days)** | | X | | |
| **EXPEDITED (5-7 Days)** | | | | |
| **14 DAY** | | | | |

CERTIFICATION (13 & 14) By signing below, I certify that I will pay all charges due for this order.

| 12. SIGNATURE | [signature] | | 13. DATE | 03/31/2025 |
|---|---|---|---|---|

**FOR COURT USE ONLY**

| DEPOSIT PAID | | | DEPOSIT PAID | |
|---|---|---|---|---|
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

*revised : April 16, 2008*