## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF THE VIRGIN ISLANDS
## ST. CROIX, VIRGIN ISLANDS

| | |
|---|---|
| IN RE COSMOGONY II, INC., <br><br> Involuntary Debtor. | Case No. 1:22-bk-10001-MFW <br><br> Involuntary Chapter 7 |

**GLENCORE LTD.'S MOTION TO SCHEDULE STATUS CONFERENCE, AND TO REQUIRE BC LITIGANTS TO FILE STATUS REPORT AND PROOFS OF CLAIM**

Petitioning creditor Glencore Ltd. ("Glencore"), by and through undersigned counsel, respectfully submits this Motion (the "Motion") based upon the Court's September 2, 2025 *Order Approving Trustee's Assignment of Insurance Policies* (Docket No. 147) (the "Assignment Order"), for an Order: (i) scheduling a status conference in six months, and ordering the BC Litigants to file a report seven days in advance of the conference, setting forth their efforts and the results of their promised pursuit of the insurance carriers under the Assignment Order; (ii) requiring the BC Litigants file individual proofs of claim within thirty days, or be barred from asserting claims. Attached hereto as **Exhibit A** is a proposed form of Order with respect to the relief requested.

### BACKGROUND

1. On March 18, 2025, at the request of counsel for the BC Litigants, this Court held a conference to discuss a stipulation for assignment of the insurance policies. (Docket No. 141.)

2. On March 21, 2025, a *Stipulation Regarding Assignment of Insurance Policies* (Docket No. 143) (the "Stipulation") was filed.

3. On August 27, 2025, the BC Litigants filed a *Request for Ruling on a Stipulated Order* (Docket No. 146) (the "Request").

1

4. On September 2, 2025, the Assignment Order approving the Stipulation was entered by the Court.

5. The Stipulation identifies (by insurance carrier, policy number, and dates of coverage) eight insurance policies in which the estate potentially has an interest, and assigns them to the BC Litigants. (Stipulation ¶ 1.)

6. By its terms, "[t]he assignment is made without consideration to the bankruptcy estate, solely for the purpose of conferring standing on the assignees [the BC Litigants], to enable them to enforce the obligations of the insurance carriers to the bankruptcy estate." (Id. ¶ 2.)

7. The Stipulation requires that "[a]ny monetary recovery by settlement or judgment from the various insurance carriers or policies shall be deposited in the Bankruptcy Court's registry" and that "[a] determination as to which interested parties or creditors shall receive distribution of the funds shall be determined at a future date, if there is any recovery." (Id. ¶ 3.)

8. To date, the BC Litigants have not informed the Court of any actions filed by them against any insurance carriers. In addition, the BC Litigants have not filed any proofs of claim in this case. The original bar date for all creditors (except for governmental units) to file a proof of claim was April 19, 2023. (Docket No. 101.) At the request of the BC Litigants, this Court extended the bar date solely as to the BC Litigants through August 21, 2023,[1] "in order to afford the BC Litigants additional time to file

---

[1] The BC Litigants also filed a proposed *Stipulation and Agreed Order Further Extending Bar Date for The BC Litigants to File a Proof of Claim*, requesting a further extension of the bar date to November 21, 2023. (Docket No. 132.) It has not been entered by the Court.

claims while the Trustee works to determine whether any assets of Cosmogony exist and are available for distribution to creditors in the Bankruptcy Case." (Id.)

## GLENCORE REQUESTS A STATUS CONFERENCE IN SIX MONTHS

9.  The Court's Assignment Order approving the Stipulation now provides the BC Litigants with the standing they represented as essential to their ability to initiate litigation (or other collection measures) against the insurance carriers, with the objective of attempting to obtain "monetary recovery by settlement or judgment from the various insurance carriers or policies[.]" (Stipulation ¶¶ 2–3.)

10. Glencore respectfully requests that the Court schedule a status conference in six months, and order the BC Litigants to deliver a report in advance of the status conference setting forth their efforts to initiate lawsuits or otherwise pursue collection from the insurance carriers.

## THE BC LITIGANTS SHOULD BE ORDERED TO FILE PROOFS OF CLAIM

11. As stated, the BC Litigants requested multiple extensions of the bar date, and the Court granted one such extension. The bar date and the extension have long passed, with no filing of any claim by the BC Litigants.

12. Filing a proof of claim is required by law. Fed. R. Bankr. P. 3002(a). The Court should order the BC Litigants to file individual proofs of claim within thirty days, or be barred from asserting claims in this case.

## CONCLUSION

WHEREFORE, Glencore respectfully requests that the Court: (i) schedule a status conference in six months, and order the BC Litigants to deliver a report in advance of the conference, setting forth their efforts and the results of their promised pursuit of the

insurance carriers; and (ii) order the BC Litigants to file individual proofs of claim within thirty days, or be barred from asserting claims.

Dated: September 3, 2025

By: /s/ Eliot Lauer
KATTEN MUCHIN ROSENMAN LLP
Jacques Semmelman, Esq.
V.I. Bar No. 2180
Eliot Lauer, Esq.
*Admitted pro hac vice*
50 Rockefeller Plaza
New York, NY 10020
Tel: (212) 940-6789
jacques.semmelman@katten.com
eliot.lauer@katten.com

Douglas L. Capdeville, Esq.
V.I. Bar No. 284
2107 Company Street, Suite 2
Christiansted, St. Croix, VI 00822
Tel: (340) 773-7275
Fax: (340) 773-7996
videfense@capdevillelaw.com

*Counsel for Petitioning Creditor Glencore Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I caused a true and correct copy of the foregoing document to be served via CMECF on all counsel of record:

**KEVIN F. D'AMOUR, P.C.**
Kevin F. D'Amour (V.I. Bar No. 288)
5143 Palm Passage, Suites 18B & 19B
Charlotte Amalie, St. Thomas
U.S. Virgin Islands 00802
Telephone: (340) 774-8188
Facsimile: (340) 774-8189
kevin.damour@comcast.net

*CHAPTER 7 TRUSTEE*

4

**THE PATE LAW FIRM**
J. Russell B. Pate
P.O. Box 370
Christiansted, VI 00821-0370
340-777-7283
pate@sunlawvi.com

**BURNS CHAREST LLP**
Warren T. Burns
Daniel H. Charest
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

Korey A. Nelson
H. Rick Yelton
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
ryelton@burnscharest.com

*COUNSEL FOR THE BC LITIGANTS*

                                                /s/ Eliot Lauer
                              *Counsel for Petitioning Creditor*
                                       *Glencore Ltd.*